AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT
## Northern District of California

FILED
2008 OCT 27 PM 2:59

UNITED STATES OF AMERICA
V.
SHARICE M. SMALL

**COMMITMENT TO ANOTHER DISTRICT**
(DEFENDANT OUT OF CUSTODY)

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | | 3-08-70731 JL | 07 CR 2630 WW |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☐ Indictment   ☐ Information   ☐ Complaint   ☒ Other (specify) SUPERVISED RELEASE VIOLATION

charging a violation of   18 U.S.C. § 3583(e)

**DISTRICT OF OFFENSE**
EASTERN DISTRICT OF CALIFORNIA

**DESCRIPTION OF CHARGES:**   VIOLATIONS OF SUPERVISED RELEASE

**CURRENT BOND STATUS:**
☒ Bail fixed at $25,000 PR and defendant is released on bond
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)
Bond, if any, shall be transferred to the District of Offense

| Representation: | ☐ Retained Own Counsel | ☒ Federal Defender Organization | ☐ CJA Attorney | ☐ None |
|---|---|---|---|---|

| Interpreter Required? | ☒ No | ☐ Yes | Language: |
|---|---|---|---|

10-27-08
Date

United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |